# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

MONIQUE DESORMEAUX,

    Plaintiff,

v.

RICHMOND COUNTY SHERIFF'S OFFICE,

    Defendant.

Case No. 2:25-cv-1590-RFB-BNW

**DISMISSAL ORDER**

*Pro se* Plaintiff Monique Desormeaux filed a motion to voluntarily dismiss this lawsuit, arguing that it was filed in error (ECF No. 3). Desormeaux's Motion is construed as a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" FED. R. CIV. P. 41(a)(1)(A)(i).

    Therefore, **IT IS HEREBY ORDERED** that the motion to dismiss (ECF No. 3) is **CONSTRUED** as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is **DISMISSED** without prejudice.

    **IT IS FURTHER ORDERED** that Desormeaux's application to proceed *in forma pauperis* (ECF No. 1) is **DENIED** as moot.

    The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DATED:** November 26, 2025.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**